IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Charlottesville Division

| | |
|---|---|
| VERONICA SUE DEAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 3:23-cv-00006 |
| WALGREEN CO. | ) ) ) |
| Defendant. | ) ) |

MOTION FOR SHOW CAUSE AND FOR INVOLUNTARY DISMISSAL PURSUANT TO FRCP 41(b) by Defendant Walgreen Co.

1. Now comes Defendant Walgreen Co., by Counsel, and moves this Hon. Court Pursuant to FRCP 41(b) to Order the Plaintiff's case dismissed with prejudice, as Plaintiff now pro se, having been previously been Ordered to Show Cause, failed to do so and for lack of prosecution of over more than six months and in support of its Motion states as follows:

2. Defendant removed this case to the Charlottesville Division of the US District Court for Western District of Virginia on January 27, 2023;

3. Plaintiff's former attorney moved to withdraw as attorney by Motion on March 04, 2025, and an Order granting said Motion was entered by this Court on May 16, 2025;

4. An Order to Show Cause was issued by the Hon. Judge Norman K. Moon to Plaintiff on May 30, 2025 and said Order was delivered to plaintiff, pro se, by USPS mail to: Veronica Sue Dean, 91 Rockingham Drive, Apt. G, Harrisonburg, VA 22802.

5. Since that time, neither an answer to the show cause Order has been filed by plaintiff, no new attorney for plaintiff as made entry of representation, and no further actions have taken in the case by plaintiff;

6. FRCP 41(b) allows that, " If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19 —operates as an adjudication on the merits.

7. Pursuant to W. D. Va. Civ. R. 11(c)(3), no Brief accompanies this Motion as the Motion contains the factual and legal argument necessary to support this Motion.

**Wherefore**, pursuant to FRCP 41(b), defendant Walgreen Co. moves this Court for an entry of an Order involuntarily dismissing the case with prejudice without the requirement of a hearing ore tenus pursuant to FRCP 78(b) and W. D. Va .Civ. R. 11(b) unless this Court requires a hearing on this motion.[1]

WALGREEN CO.

BY:＿＿＿＿＿／s／＿＿＿＿＿＿
　　　　Of Counsel

J. Derek Turrietta
Virginia Bar Number: 35233
**STACKHOUSE, NEXSEN, & TURRIETTA, PLLC**
4505 Colley Avenue
Norfolk, Virginia 23508
Telephone: (757) 623-355
Fax: (757) 624-9245
Email: dturrietta@sntltegal.com
*Counsel for Defendant*

---

[1] ROSBORO NOTICE TO PRO SE LITIGANT:

1. The pro se party is entitled to file a response opposing the motion and that any such response must be filed within twenty-one (21) days of the date on which the dispositive or partially dispositive motion is filed; and
2. The Court could dismiss the action on the basis of the moving party's papers if the pro se party does not file a response; and
3. The pro se party must identify all facts stated by the moving party with which the pro se party disagrees and must set forth the pro se party's version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury); and
4. The pro se party is also entitled to file a legal brief in opposition to the one filed by the moving party.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30st day of October, 2025, a true copy of the foregoing MOTION FOR INVOLUNTARY DISMISSAL Pursuant to Rule 41(b) was filed with this Court via ECF and sent via First Class Mail to:

      Veronica Sue Dean, 91 Rockingham Drive, Apt. G, Harrisonburg, VA 22802.

                          /s/
                   J. Derek Turrietta
                   Virginia Bar Number: 35233
                   **STACKHOUSE, NEXSEN, & TURRIETTA, PLLC**
                   4505 Colley Avenue
                   Norfolk, Virginia 23508
                   Telephone: (757) 623-3555
                   Fax: (757) 624-9245
                   Email: dturrietta@sntlegal.com
                   *Counsel for Defendant Walgreen Co.*